UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIDAL ALMASHRIKI,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden of<br>Otay Mesa Detention Center; et al.,<br><br>                                    Respondents. | Case No.:  26-cv-2682-BJC-AHG<br><br>**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS**<br>**[ECF No. 1]** |

On April 27, 2026, Nidal Almashriki ("Petitioner") filed a petition for a writ of habeas corpus.  ECF No. 1.  On May 4, 2026, Respondents filed a return stating that "the [G]overnment concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." ECF No. 4 at 1-2.

Accordingly, the Court **GRANTS IN PART** the petition for a writ of habeas corpus. Respondents **shall hold a bond hearing within fourteen days** of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225.  Respondents are enjoined from

1

26-cv-2682-BJC-AHG

transferring Petitioner before a bond hearing takes place. The remaining requests in Petitioner's prayer for relief are **DENIED**. ECF No. 1 at 14-15. The Clerk of Court shall close this matter.

     **IT IS SO ORDERED.**

Dated:  May 11, 2026

                                            _____

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-2682-BJC-AHG