

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Nidal Almashiriki

**Plaintiff,**

**V.**

see attached

**Defendant.**

**Civil Action No.**  26-cv-02682-BJC-AHG

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS IN PART the petition for a writ of habeas corpus. Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place.

**Date:**        5/12/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-2682-BJC-AHG

Christopher LaRose, warden of Otay Mesa Detention Center; Patrick Divver, San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations (ICE/ERO); Todd Lyons, Acting Director of Immigration Customs Enforcement (ICE); Markwayne Mullin, Secretary of the Department of Homeland Security (DHS); Acting Attorney General of the United States; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement

Respondents,